UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEVEN GARRETT WILLIAMS,**

    Plaintiff,

                                                                                                      Civil No.**08-13470**
                                                                                                      Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 7/28/2009;  Plaintiff's Objections, filed on 8/11/2009; and Defendant's Response to Plaintiff's Objections, filed on 8/25/2009;

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                                **s/John Feikens**
                                                                                John Feikens
                                                                                United States District Judge

Dated:  August 31, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 31, 2009.

s/Carol Cohron
Deputy Clerk